UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>    Plaintiff,                 )<br>                              )<br>    v.                        )<br>                              )<br>DOUGLAS ZEMSKY                )<br>                              )<br>    Defendant.                )<br>                              )<br>_____) | Case No. 1:07-cr-00246-EGS |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Henry W. Asbill of Dewey & LeBoeuf LLP, 1101 New York Avenue, N.W., Suite 1100, Washington, D.C. 20005, a member in good standing of the Bar of the District of Columbia and of this Court, hereby enters his appearance as counsel for Defendant Douglas Zemsky in the above-captioned case.

Respectfully submitted,

DEWEY & LEBOEUF, LLP
1101 New York Avenue, N.W.
Suite 1100
Washington, D.C. 20005-4213
hasbill@dl.com
Tel: 202-986-8141
Fax: 202-956-3263


By: _____/s/_____
Henry W. Asbill
DC Bar No.: DC 938811
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2007, I caused a true and correct copy of the foregoing Notice of Entry of Appearance to be served on the following counsel via the Court's Electronic Case Filing System and U.S. Mail:

Jonathan Barr, Esq.
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530


Jarrett Wolf, Esq.
Ferrell Law
201 South Biscayne Blvd.
34th Floor, Miami Center
Miami, Florida 33131


By: _____/s/_____
Henry W. Asbill