UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.1:07-cr-00246-EGS |
| ) | |
| DOUGLAS, ZEMSKY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

MOTION FOR THE *PRO HAC VICE* ADMISSION OF
FLORIDA ATTORNEY JARRETT WOLF

Jarrett Wolf, a member of the The Florida Bar and a member of the trial bar of the United States District Court for the Southern District of Florida, respectfully requests *pro hac vice* admission to the United States District Court for the District of Columbia, in order that he may represent Douglas Zemsky before this Honorable Court during proceedings in the above styled case. As grounds, and in support thereof, the following is stated:

1. Jarrett Wolf is a licensed and practicing attorney whose office is located in Miami, Florida.

2. Mr. Wolf was admitted to The Florida Bar in 1994; and the Bar of the United States District Court for the Southern District of Florida in 2006.

3. From 1994 to 2002, Mr. Wolf was an Assistant State Attorney in Miami, Florida. From 2002 to 2006, Mr. Wolf was a Special Agent for the United States Drug Enforcement Administration. Since 2006, Mr. Wolf has been a partner at Ferrell Law, P.A. where he focuses

1

his legal practice primarily on white collar criminal litigation. A more detailed discussion of Mr. Wolf's legal experience is contained in the Declaration by Jarrett Wolf being filed herewith.

4.   Since November 2006, Mr. Wolf has represented Douglas Zemsky, the defendant in the above styled case. In September 2007, the United States filed an information in this Court, in the above styled case charging Mr. Zemsky with Conspiracy to Commit Mail and Wire Fraud. In order to continue representing Mr. Zemsky in this matter, it is requested that Mr. Wolf be admitted *pro hac vice* to practice before this Court.

WHEREFORE, it is respectfully requested that Mr. Wolf be granted *pro hac vice* admission to the United States District Court for the District of Columbia, in order that he may represent Douglas Zemsky before this Honorable Court during proceedings in the above styled case.

Respectfully submitted,

DEWEY & LEBOEUF, LLP
1101 New York Avenue, N.W.
Suite 1100
Washington, D.C. 20005-4213
hasbill@dl.com
Tel: 202-986-8141
Fax: 202-956-3263

By: _____/s/_____
Henry W. Asbill
DC Bar No.: DC 938811
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2007, I caused a true and correct copy of the foregoing Motion to be served on the following counsel via the Court's Electronic Case Filing System and U.S. Mail:

Jonathan Barr, Esq.
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

Jarrett Wolf, Esq.
Ferrell Law
201 South Biscayne Blvd.
34th Floor, Miami Center
Miami, FL  33131

By: _____/s/_____
       Henry W. Asbill

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.1:07-cr-00246-EGS |
| ) | |
| DOUGLAS ZEMSKY, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF JARRETT WOLF

1. I am Jarrett Wolf, a licensed and practicing attorney from Miami, Florida.

2. My office is located at 201 S. Biscayne Blvd, 34th Floor, Miami, Florida 33131, (305) 371-8585.

3. I am a member of The Florida Bar, to which I was admitted in 1994. I am also a member of the Bar of the United States District Court for the Southern District of Florida, to which I was admitted in 2006. These are the only two Bars of which I have ever been a member.

4. I certify that I have never been disciplined by any Bar of which I have ever been a member.

5. I received my juris doctor from the University of Miami School of Law, located in Coral Gables, Florida, in 1994.

6. From 1994 to 2002, I was an Assistant State Attorney in Miami, Florida. During most of that time, I was assigned to the Special Prosecutions Division of the State Attorney's Office. My career as a prosecutor was primarily spent investigating and prosecuting gangs and violent organized crime. I tried approximately 30 to 35 jury trials, involving crimes ranging

from misdemeanors to first degree murder, and I was lead counsel for the majority of those trials. Additionally, I have extensive experience litigating pretrial motions in criminal cases.

6. From 2002 to 2006, I was a Special Agent for the United States Drug Enforcement Administration. My career as a special agent was primarily spent leading an Organized Crime Drug Enforcement Task Force investigation of a Priority Target Organization.

7. In 2006 I joined Ferrell Law, P.A., as a partner in the firm's Miami office. I focus my legal practice on white collar criminal litigation.

8. In the past two years, I have never been admitted *pro hac vice* to the United States District Court for the District of Columbia.

9. I certify that I am personally familiar with the Rules of the United States District Court for the District of Columbia. Moreover, in or about June of 2007, I applied for admission to the District of Columbia Bar and that application is currently pending.

10. I also certify that I am personally familiar with the provisions of the Judicial Code which pertain to the jurisdiction of and practice in United States District Courts; the Federal Rules of Criminal Procedure; and the Rules of Professional Conduct as adopted by the District Court of Appeals. I further certify that I will faithfully adhere to those rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18th, 2007.

_____
Jarrett Wolf