**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                              Criminal No. 07-246 (EGS)

DOUGLAS ZEMSKY
    Defendant.

**ORDER**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **DECEMBER 28, 2007**; defendant's memorandum lf law, if any shall be filed by no later than **JANUARY 4, 2008**; the Government's memorandum of law, if any shall be filed by no later than **JANUARY 11, 2008**, a reply, if any shall be filed by no later than **JANUARY 18, 2008**, ; and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **JANUARY 25, 2008 AT 12:30 P.M.**

    IT IS SO ORDERED.

    DATE: October 18, 2007     EMMET G. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE