AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

**FILED**
OCT 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

———— DISTRICT OF ————

UNITED STATES OF AMERICA

V.

*Douglas Zemsky*

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-246

I, _Douglas Zemsky_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___10/18/07___ prosecution by indictment and consent that the
                                           Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer