U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

**FILED**

OCT 1 8 2007

UNITED STATES OF AMERICA    :    NANCY MAYER WHITTINGTON, CLERK
                                  U.S. DISTRICT COURT

v.

Douglas Zemsky    :    Case No 07-CR-246 (EGS)

:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _____ day of 2007 _____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on 10/18/07 or within thirty days by Special Agent Daniel Parker and Inspector Kevin Towers to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to Federal Bureau of Investigation _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80