UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-246 (EGS) |
| | : | |
| DOUGLAS ZEMSKY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**JOINT MOTION OF THE UNITED STATES AND DEFENDANT TO CONVERT THE JANUARY 25, 2008 SENTENCING HEARING INTO A STATUS HEARING**

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia, and the defendant, by and through his attorneys, move to convert the sentencing hearing scheduled for January 25, 2008 at 12:30 p.m., into a status hearing. For the reasons, set forth below, the United States and defendant respectfully request that the joint motion to convert the January 25, 2008 sentencing hearing into a status hearing be granted.

On October 18, 2007, defendant Zemsky pleaded guilty pursuant to a plea agreement to one count of Conspiracy to Commit Mail and Wire Fraud in violation of 18 U.S.C. § 1349. The plea agreement executed by the United States and defendant Zemsky included an agreement by Mr. Zemsky to cooperate with the United States. At the conclusion of the plea hearing, the Magistrate Judge set the defendant's sentencing hearing for January 25, 2008, at 12:30 p.m. Given the cooperation provisions of the plea agreement, the United States and defendant Zemsky believe it would be premature to have the sentencing on January 25, 2008. Accordingly, the

United States and defendant Zemsky respectfully move the Court to convert the currently scheduled January 28, 2008 sentencing hearing into a status hearing, and continue sentencing until further order of the Court.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
JONATHAN R. BARR
D.C. Bar No.: 437334
JOHN D. GRIFFITH
Iowa Bar No.: 4622
Assistant U.S. Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9620 (Barr)
jonathan.barr2@usdoj.gov
(202) 353-2453 (Griffith)
john.griffith3@usdoj.gov

_____
Jarrett Wolf, Esq.
Ferrell Law, P.A.
201 South Biscayne Boulevard, 34th Floor
Miami, Florida 33131
(305) 371-8585
jwolf@ferrellworldwide.com
Henry W. Asbill, Esq.
Dewey & Leboeuf, LLP
1101 New York Ave., NW, Suite 1100
Washington, D.C. 20005-4213
(202) 986-8141
hasbill@dl.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2007, I have caused a copy of the Joint Motion to Convert the January 25, 2008 Sentencing Hearing into a Status Hearing to be served by first class mail to counsel for defendant at the following addresses:

>Jarrett Wolf, Esq.
>Ferrell Law, P.A.
>201 South Biscayne Boulevard, 34th Floor
>Miami, Florida 33131
>
>Henry W. Asbill, Esq.
>Dewey & Leboeuf, LLP
>1101 New York Ave., NW, Suite 1100
>Washington, D.C. 20005-4213

_____
Jonathan R. Barr
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-246 (EGS) |
| | : | |
| DOUGLAS ZEMSKY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## ORDER

This matter comes before the Court upon the Joint Motion to Convert the January 25, 2008 Sentencing Hearing into a Status Hearing . For the reasons stated therein, it is this _____ day of _____ 2007,

ORDERED that the Joint Motion to Convert the January 25, 2008 Sentencing Hearing into a Status Hearing is hereby GRANTED, and

IT IS FURTHER ORDERED that sentencing hearing scheduled for January 25, 2008, be hereby converted into a status hearing and that sentencing for the defendant Douglas Zemsky be continued until further order of the Court.

Date:_____          _____
                                        EMMET G. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

copy to:

| | | |
|---|---|---|
| Jonathan R. Barr | Jarrett Wolf, Esq. | Henry W. Asbill, Esq. |
| Assistant United States Attorney | Ferrell Law, P.A. | Dewey & Leboeuf LLP |
| U.S. Attorney's Office | 201 South Biscayne Blvd. | 1101 New York Ave., NW |
| 555 4th Street, NW, Room 5241 | 34th Floor | Suite 1100 |
| Washington, D.C. 20530 | Miami, Florida 33131 | Washington, D.C. 20005-4213 |