UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
          v.                      :          Criminal No.  07-246 (EGS)
                                  :
DOUGLAS ZEMSKY,                   :
                                  :
          Defendant.              :
                                  :
                                  :

**JOINT MOTION OF THE UNITED STATES AND DEFENDANT TO CONTINUE THE
JANUARY 25, 2008 STATUS HEARING FOR 120 DAYS.**

The United States, by and through its attorney, the U.S. Attorney for the District of

Columbia, and the defendant, by and through his attorneys, move to continue the status hearing

scheduled for January 25, 2008, at 10:15 a.m. for 120 days.  For the reasons, set forth below, the

United States and defendant respectfully request that the joint motion to continue the January 25,

2008 status hearing for 120 days be granted.

On October 18, 2007, defendant Zemsky pleaded guilty pursuant to a plea agreement to

one count of Conspiracy to Commit Mail and Wire Fraud in violation of 18 U.S.C. § 1349.  The

plea agreement executed by the United States and defendant Zemsky included an agreement by

Mr. Zemsky to cooperate with the United States.  At the conclusion of the plea hearing, the

Magistrate Judge set the defendant's sentencing hearing for January 25, 2008, at 12:30 p.m.

Thereafter, at the request of the parties, the sentencing hearing was converted to a status hearing.

If the status hearing were held on January 25, 2008, the parties would report that Mr. Zemsky

continues to cooperate in an ongoing investigation.  Accordingly, the United States and

defendant Zemsky respectfully request that the joint motion to continue the January 25, 2008

status hearing for 120 days be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By:      _____
JONATHAN R. BARR
D.C. Bar No.: 437334
JOHN D. GRIFFITH
Iowa Bar No.:  4622
Assistant U.S. Attorneys
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-9620 (Barr)
jonathan.barr2@usdoj.gov
(202) 353-2453 (Griffith)
john.griffith3@usdoj.gov

_____

_____

_____
_____ Jarrett Wolf, Esq.
Ferrell Law, P.A.
201 South Biscayne Boulevard, 34th Floor
Miami, Florida 33131
(305) 371-8585
jwolf@ferrellworldwide.com
Henry W. Asbill, Esq.
Dewey & Leboeuf, LLP
_____ 1101 New York Ave., NW, Suite 1100
Washington, D.C.  20005-4213
(202) 986-8141
hasbill@dl.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this _____ day of January 2008, I have caused a copy of the

Joint Motion to Continue the January 25, 2008 Sentencing Hearing for 120 days to be

served by first class mail to counsel for defendant at the following addresses:

_____ Jarrett Wolf, Esq.
Ferrell Law, P.A.
201 South Biscayne Boulevard, 34th Floor
Miami, Florida 33131

Henry W. Asbill, Esq.
Dewey & Leboeuf, LLP
_____ 1101 New York Ave., NW, Suite 1100
Washington, D.C.  20005-4213


_____
Jonathan R. Barr
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.  07-246 (EGS) |
| | : | |
| DOUGLAS ZEMSKY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion to Continue the January 25, 2008 Status Hearing for 120 days.  For the reasons stated therein, it is this _____ day of _____ 2008,

ORDERED that the Joint Motion to Continue the January 25, 2008 Status Hearing for 120 days is hereby GRANTED,  and

IT IS FURTHER ORDERED that status hearing scheduled for January 25, 2008, be hereby continued to _____  _____, 2008 at _____ (a.m./p.m.).

Date:_____       _____
                                EMMET G. SULLIVAN
                                UNITED STATES DISTRICT JUDGE

copy to:

| | | |
|---|---|---|
| Jonathan R. Barr | Jarrett Wolf, Esq. | Henry W. Asbill, Esq. |
| Assistant United States Attorney | Ferrell Law, P.A. | Dewey & Leboeuf LLP |
| U.S. Attorney's Office | 201 South Biscayne Blvd. | 1101 New York Ave., NW |
| 555 4th Street, NW, Room 5241 | 34th Floor | Suite 1100 |
| Washington, D.C.  20530 | Miami, Florida 33131 | Washington, D.C.  20005-4213 |