UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-246 (EGS) |
| | : | |
| DOUGLAS ZEMSKY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**JOINT MOTION OF THE UNITED STATES AND DEFENDANT TO CONTINUE THE May 21, 2008 STATUS HEARING FOR 90 DAYS.**

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia, and the defendant, by and through his attorneys, move to continue the status hearing scheduled for May 21, 2008, at 12:00 noon for 90 days. For the reasons set forth below, the United States and defendant respectfully request that the joint motion to continue the May 21, 2008 status hearing for 90 days be granted.

On October 18, 2007, defendant Zemsky pleaded guilty pursuant to a plea agreement to one count of Conspiracy to Commit Mail and Wire Fraud in violation of 18 U.S.C. § 1349. The plea agreement executed by the United States and defendant Zemsky included an agreement by Mr. Zemsky to cooperate with the United States. At the conclusion of the plea hearing, the Magistrate Judge set the defendant's sentencing hearing for January 25, 2008, at 12:00 noon. On November 2, 2007, at the request of the parties, the January 25, 2008 sentencing hearing was converted to a status hearing. On January 22, 2008, at the request of the parties, the January 25, 2008 status hearing was continued until May 21, 2008 at 12:00 noon. If the status hearing were held on May 21, 2008, the parties would report that Mr. Zemsky continues to cooperate in an ongoing investigation. Accordingly, the United States and defendant Zemsky respectfully

request that the accompanying joint motion to continue the May 21, 2008 status hearing for 90 days be granted.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        for the District of Columbia


        By: _____/s/_____
        JOHN D. GRIFFITH
        Iowa Bar No.:  4622
        Assistant U.S. Attorney
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 353-2453
        john.griffith3@usdoj.gov



        _____/s/_____
        Jarrett Wolf, Esq.
        Ferrell Law, P.A.
        201 South Biscayne Boulevard, 34th Floor
        Miami, Florida 33131
        (305) 371-8585
        jwolf@ferrellworldwide.com


        _____/s/_____
        Henry W. Asbill, Esq.
        Dewey & Leboeuf, LLP
        1101 New York Ave., NW, Suite 1100
        Washington, D.C.  20005-4213
        (202) 986-8141
        hasbill@dl.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-246 (EGS) |
| | : | |
| DOUGLAS ZEMSKY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion to Continue the May 21, 2008 Status Hearing for 90 days.  For the reasons stated therein, it is this _____ day of

_____ 2008,

ORDERED that the Joint Motion to Continue the May 21, 2008 Status Hearing for 90 days is hereby GRANTED,  and

IT IS FURTHER ORDERED that status hearing scheduled for May 21, 2008, be hereby continued to _____  _____, 2008 at _____ (a.m./p.m.).


Date:_____                    _____
                                            EMMET G. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

copy to:

| | | |
|---|---|---|
| John D. Griffith | Jarrett Wolf, Esq. | Henry W. Asbill, Esq. |
| Assistant United States Attorney | Ferrell Law, P.A. | Dewey & Leboeuf LLP |
| U.S. Attorney's Office | 201 South Biscayne Blvd. | 1101 New York Ave., NW |
| 555 4th Street, NW, Room 5826 | 34th Floor | Suite 1100 |
| Washington, D.C.  20530 | Miami, Florida 33131 | Washington, D.C.  20005-4213 |